# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, | : |
| Plaintiff, | : |
| v. | : Civil Action: 1:21cv1155 |
| UNKNOWN NUMBER OF JOHN DOE TELEMARKETERS | : |
| Defendants. | : |

## DECLARATION OF GEORGE CAPLAN

1. My name is George Caplan. I am 74 years old and am retired from a career as a software engineer and teacher.

2. I reside with my wife in Acton, Massachusetts.

3. Over the past four years, I have received over two thousand telemarketing calls.

4. These calls have been received on three different phone numbers subscribed to by me and used by my wife and me.

5. Phone number (978) 2\*\*-\*\*\*\* is my personal and residential land line phone line ("Number 1"). The telecommunications provider for Number 1 is Verizon.

6. Number 1 has long been listed on the National Do Not Call Registry.

7. I also received other telemarketing calls on a second personal and residential wireless number (978) 4\*\*-\*\*\*\* ("Number 2"). The telecommunications provider for Number 2 is TracFone.

8. Number 2 has long been listed on the National Do Not Call Registry.

9. Other telemarketing calls were received on a third personal and residential wireless number (978) 4**-**** ("Number 3"), subscribed to by me and used by my wife. The telecommunications provider for Number 3 is Consumer Cellular.

10. Number 3 has long been listed on the National Do Not Call Registry.

11. I did not consent to receive telemarketing calls on any of the Numbers at any time.

12. Approximately four years ago, I started to document telemarketing calls received on the Numbers with the hope that I could assist law enforcement officials in their enforcement of federal and state telemarketing law.

13. I have shared my records with law enforcement officials, including the Federal Communications Commission, the Federal Trade Commission, the Massachusetts Attorney General, the Michigan Attorney General and local law enforcement.

14. Despite my efforts, the illegal calls to the Numbers continue and the telemarketers calling the Numbers have not been held to account.

15. It appears that the vast majority of the telemarketing calls made to the Numbers contain Caller Identification Numbers ("CID") that have been altered or "spoofed" to disguise the identity of the telemarketer.

16. Often, the CID is spoofed to appear as if the call is coming from a local area code apparently so I would believe it was a friend calling and I would more likely answer the phone.

17. On occasion, the telemarketing calls are spoofed to appear to be from local institutions. On one occasion, a telemarketer spoofed the CID to make it look like the call was from Brandeis University. Another time, the CID was spoofed to appear that it was a call from a local children's hospital.

18. On occasion, the CID screen was spoofed by scammers or telemarketers so that my own phone number appeared on the CID screen.

19. On many of the telemarketing calls I received, I answered the phone and asked the telemarketer to identify themselves. Usually, the names I was given by the telemarketer were fake with no legitimate address or web site.

20. It was also my practice to ask the telemarketer for a return phone number. Usually, the telemarketer either refused to provide a return phone number or provided a number that did not work.

21. By spoofing CID information and using fake trade names, the telemarketers calling the Numbers have successfully disguised their identity.

22. I find unsolicited telemarketing calls to be incredibly frustrating. These calls violate my privacy and consume my time. They interrupt my time with my family, often at the dinner hour. These calls are even more frustrating given that I have placed all of the Numbers on the DNC Registry explicitly telling telemarketers not to call.

23. It appears that many of the calls made to the Numbers are simply scams seeking my credit card or banking information. Such scams are not only invasive, but they pose a real danger particularly to the elderly in our communities.

24. Attached to my Declaration is an excerpt of a spreadsheet I have maintained over the years tracking the telemarketing calls to the Numbers. The full spreadsheet contains my tracking of over two thousand telemarketing calls received over the past four years.

25. The excerpted spreadsheet focuses primarily on calls received during the past year. It also primarily focuses on calls where the CID information was altered to disguise the

identity of the caller. The excerpt also includes two calls I received in 2019 where the CID screen was spoofed as my own phone number.

26. It is my hope that by sending subpoenas to the telecommunications providers who own my phone numbers, I will be able to learn where these illegal telemarketing calls came from, with the ultimate goal of identifying all parties responsible for the illegal calls and to hold them to account either via private litigation or via law enforcement.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS THIS SECOND DAY OF NOVEMBER 2022 IN THE COMMONWEALTH OF MASSACHUSETTS.

*/s/ George Caplan*