# Anatomy of a Robocall – Follow the Money

## 2021 NAAG Robocall Virtual Summit

September 8 2021

**Matt Fischer,** *Social Security Administration Office of Inspector General*
**David Frankel,** *CEO, ZipDX LLC*

1

# Four General Categories of Phone Traffic

- Conversational
    - Family, friends, business-to-business
    - Human-dialed
    - Calls average several minutes



- Social Engineering
    - Special category of Conversational
    - Premeditated trickery to perpetrate fraud
- Auto-Dialed
    - Machine-dialed; detects human answer
    - Patches call through to call center agent



- Pre-Recorded
    - Very high volume – caller initially greeted by recording
    - Typically transferred to human agent if caller takes the bait (press 1)

2

## Our Focus Today: Pre-Recorded Robocalls

- Server Computer does all the calling
  - Mastermind loads recorded (or artificial) voice
  - Cheap calling lists readily available on the internet
- Robocallers must pay for every answered call
  - But costs are a function of length of call
  - Robocalls on average are extremely short
  - Short calls are cheap; unanswered calls are free
  - $1,000 or less to make 1 million calls
- Once target takes the bait, transfer to live agent (the expensive part)
  - Callers make money by selling some product or service
  - Or worse, by stealing (and then reselling) identity or extorting money
  - If only a few dozen people succumb, that can be good money to the caller

3

## Charting Out The Robocalls

| **Notifications** | Alerts specific to the called party, who usually welcomes the call (except perhaps for debt collection). | | |
|---|---|---|---|
| *Flight Cancellation* | *School Closing* | *Prescription Ready* | *Fraud Alert* |
| *Appointment Reminder* | *Payment (Over)Due* | *Requested Callback* | *Utility Outage* |
| Placed by companies of all sizes, typically to parties with which they have an explicit relationship. Usually legal. | | | |
| **Telesales** | Promoting a product or service, often of dubious value. Caller claims consent from the recipient (perhaps in response to a web site visit); consent may be obtained unwittingly or not at all. May or may not be legal. | | |
| *Auto Warranty* | *Health Insurance* | *Pre-Approved Financing* | *Employment* |
| *Vacation* | *Disability Claim* | *Home Security* | *On-Line Listing* |
| Usually placed by smaller companies but may reference brand names (Blue Cross, Medicare, Marriott). Mostly USA-based. | | | |
| **Political / Charity / Survey** | Not universally exempt. Callers often misrepresent themselves and have dubious messages. | | |
| **Fraud** | Calls are blatantly fraudulent and illegal but prey on the vulnerable. Steal money or identity from the victim. Illegal. | | |
| *Government Imposter* | *0% Interest Rate* | *Unauthorized Charge* | *Immigration Issues (Mandarin)* |
| *Refund Owed* | *Computer Virus* | *Utility Disconnect* | *Subscription Renewal* |
| Almost always placed by foreign scammers, but calls enter via USA gateways. | | | |

4

3

4

## How Did We Get Here?

- In the beginning, Ma Bell controlled every phone number and charged high rates to call across the country
- Advancing computer technology made phone equipment cheaper
- Now all phone signals travel as digital bits
- The 1996 Telecom Act opened telecom to further competition
  - Rates get pushed down even further
  - Anybody can be a phone company
- Historically, the phone companies did not police the use of their services
- Some telcos got sloppy and greedy, allowing high-volume calling & spoofing
- The Internet enables callers to operate from anywhere, anonymously

5

5

## How it works: Calls & $$$ Follow Same Flow



- Caller (typically overseas fraudster or US-based telemarketer):
  - Fronts money for calling campaign
  - Spends $1,000 per million robocalls
  - Pays anonymously via PayPal
- Gateway or Origination Provider accepts payment to complete calls
  - Providers pay each other in turn as call proceeds; each keeps a margin
- Intermediate provider(s) pass calls along
- Phone companies say as far as they know calls are legal
- Calls reach potential victims; some press 1 to talk to an agent
- Human closer extracts $50 - $500 - $5,000 - $50,000 from vulnerable
  - Usually via gift cards or foreign wire transfer not traceable to recipient
- Good business for Caller/Fraudster and their provider!

6

6

## Frequently Asked Questions

Q: How do robocallers get their phone numbers?

A: Often, they make them up. Imagine if the DMV let you draw your own plate. Some buy or rent thousands of numbers and cycle through them.

Q: Why do they ask for gift cards?

A: Gift cards are anonymous, untraceable, easy to convert to cash.

Q: How do they know my car warranty is expiring?

A: They don't. The recording tells a million people, "Your warranty is expiring." Some with expiring warranties press 1 (so do some others).

Q: My name is on the DNC list; why did they call me?

A: These callers are operating illegally. One more violation does not bother them.

Q: Why do they call me when I don't speak Chinese?

A: The computer calls millions of people. The ones that understand Chinese press 1. The others are just confused.

Q: Are the robocallers in this country?

A: Often they are not. The US-based phone providers that get paid to let these calls in need to stop doing that.

Q: The caller-ID said they were in Indianapolis. Can you go arrest them?

A: Usually the caller-ID is made up. The caller could be in Indiana or India.

7

## What Can We Do About It?

- Callers are often hard to identify or unreachable (non-US based)
- Always a US-based telecom provider that accepted payment for the call
- Providers violate FTC's TSR, FCC's TCPA & other state/federal laws:
  - "Assisting and facilitating" those engaged in deceptive/abusive practices (TSR)
  - Failing to ensure its services are not used for unlawful traffic (TCPA)
  - Participating in another party's deceptive act or practice (state UDAP statutes)
  - Potential criminal statutes such as wire fraud and money laundering
- Trace back a few examples to find responsible provider(s)
- Obtain Call Detail Records to determine extent of the provider's involvement
  - Determine average call duration & distribution; Caller-ID values
  - Analysis can reveal millions of obviously illegal calls (violations)
- Hold these providers accountable; enjoin them from making more calls

8

## Holding Providers Accountable

- Where there's smoke, there's fire.
  - Some providers protest that the illegal calls are "exceptions"
  - Investigations prove otherwise



- January 2020: SSA, DoJ v. Global Voicecom and TollFree Deals
  - TollFreeDeals transmitted an estimated 143 million fraudulent robocalls on behalf of [a] single India-based co-conspirator during May and June of 2019. Of those calls, an estimated 20% were Social Security imposter calls, 35% were loan approval scams, and 14% were Microsoft refund scams. The remaining calls were a mixture of IRS imposter, U.S. Treasury imposter, miscellaneous tech support imposter and other schemes.*
  - Court issued a Permanent Injunction, effectively shutting down TollFreeDeals.
- April 2021: Vermont AG v. Strategic IT Partner*
  - In one day alone, SITP routed hundreds of thousands of fraudulent robocalls from foreign customers to the U.S., including thousands to Vermont.*
  - SITP must now vet its customers and monitor their call records for short-duration traffic and must pay a fine.*

9    * From court filings and press releases related to the cases

---

## A ~~Twelve~~ Three-Step Program

1. Ideally, providers that get paid to enable these calls would stop
   - Some engage knowingly, soliciting illegal traffic with thinly-veiled advertisements
   - Others look the other way; claim they had no way of knowing customers were fraudsters
   - For many, if they cut off this traffic, they will have no other revenue
2. Intermediate providers are complicit if they do business with enabling providers
   - Intermediate providers need to vet new customers and proactively monitor traffic
   - Short duration traffic with many distinct caller-IDs must be promptly investigated
   - Refuse calls until the originator/gateway supplies a compelling explanation
3. Regulators and enforcers must step in where industry falls short

- All this must happen DILIGENTLY and QUICKLY to stay head of the fraudsters.

10



## Closing the Floodgates

- Gateways & originators must scrutinize their traffic; downstreams must watch their upstreams (esp. dialer traffic)
- SSA assists w/ cases involving SSA accounts and phone numbers
- ZipDX makes CDR analysis tools available to providers and enforcers
- Millions of calls can be analyzed in seconds
- Illegal traffic comes into focus
- Analyze traffic nightly or even more frequently
- Rapid response is required to stop perpetrators from reinventing themselves

11

## One Day's Traffic for "RoboCalls-R-Us"

| Customer (Upstream) | Call Count | Dialed #s | ANIs | Calls Per ANI | <= 60 Secs | > 2 Mins | >2 Min % | ACD (sec) |
|---|---|---|---|---|---|---|---|---|
| Caller A | 168,424 | 155,396 | 46,342 | 3.63 | 97.7% | 1,122 | 0.7% | 16 |
| Caller B | 3,878 | 3,130 | 1,001 | 3.87 | 46.4% | 1,354 | 34.9% | 203 |
| Caller C | 2,569,787 | 2,474,211 | 1,678,219 | 1.53 | 99.1% | 6,647 | 0.3% | 15 |
| Caller D | 170,322 | 138,791 | 26,573 | 6.41 | 95.5% | 3,440 | 2.0% | 24 |
| Caller E | 2,550 | 1,992 | 1,501 | 1.70 | 68.5% | 516 | 20.2% | 177 |
| Caller F | 116,279 | 107,820 | 50,034 | 2.32 | 98.6% | 293 | 0.3% | 15 |
| TOTAL | 3,031,240 | 2,881,340 | 1,803,670 | 1.68 | 98.5% | 21,790 | 0.7% | 15 |

Conversational Calling: 20% or more calls at least two minutes; ACD > 3 minutes (B)
Robocalling: 90% of calls are less than one minute; ACD < 1 minute (A, C, D, E)
Calls Per ANI: Less than 10 indicates random spoofing or snow-shoeing

| Vendor (Downstream) | Call Count | Dialed #s | ANIs | Calls Per ANI | <= 60 Secs | > 2 Mins | >2 Min % | ACD (sec) |
|---|---|---|---|---|---|---|---|---|
| Provider W | 1,423,777 | 1,395,206 | 894,560 | 1.59 | 98.3% | 3,628 | 0.3% | 16 |
| Provider X | 744,617 | 689,563 | 512,202 | 1.45 | 97.2% | 1,142 | 0.2% | 18 |
| Provider Y | 519,239 | 476,780 | 307,339 | 1.69 | 99.2% | 3,877 | 0.7% | 15 |
| Provider Z | 343,607 | 319,791 | 89,569 | 3.84 | 95.5% | 3,440 | 1.0% | 24 |
| TOTAL | 3,031,240 | 2,881,340 | 1,803,670 | 1.68 | 98.5% | 21,790 | 0.7% | 15 |

- Call Detail Records (CDRs) reveal nefarious calling
- This provider has CDRs for their customers and can discern concentrated dialer (short-duration, robo) traffic
- The provider's downstreams (vendors) can see similar patterns
- Investigations to date reveal certain providers choose to deal almost exclusively in this traffic, with minimal vetting and monitoring
- Providers must look at their own traffic before the enforcers come calling.

12

11

12

## Do-It-Yourself

- This analysis can be done with open-source database software (MySQL)
- CDR table contains:
  - dialed – 10-digit NANP called number
  - ani – digits supplied as the caller-ID
  - duration – duration of the call in seconds
  - customer – identifier for the customer

```
SELECT
  customer,
  COUNT(*) AS calls,
  COUNT(DISTINCT ani) AS uniqanis,
  ROUND(COUNT(*)/COUNT(DISTINCT ani),2) AS cpani,
  COUNT(DISTINCT dialed) AS dialdns,
  ROUND(SUM(duration <= 60)/COUNT(*)) AS plt60,
  ROUND(SUM(duration > 120)/COUNT(*)) AS pgt2min,
  ROUND(SUM(duration)/COUNT(*),0) AS acd
  FROM cdrs
WHERE duration > 0 /* only analyze answered calls */
GROUP BY customer WITH ROLLUP;
```

- Process 5 million CDRs in under a minute
- Rent a cloud server if you don't have your own
- Analyze traffic nightly or even more frequently
- Demand immediate, detailed explanation for all suspicious traffic
- Stop traffic if no credible explanation within 48 hours

13

13

## In Closing…

- What questions, comments and ideas do you have?

14

14