**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | : | |
| GEORGE CAPLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action: 1:21cv11555** |
| | : | |
| UNKNOWN NUMBER OF JOHN DOE | : | |
| TELEMARKETERS | : | |
| | : | |
| Defendants._____ | : | |
| | : | |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMMENCE EARLY LIMITED
DISCOVERY TO IDENTIFY DEFENDANTS AND PRESERVE CALL RECORD EVIDENCE**

This Court GRANTS the Plaintiff's motion and ORDERS the immediate commencement

of limited discovery focusing solely as to the identification of the John Doe defendants and the

preservation of evidence relating to the alleged illegal telemarketing at issue. The scope of

plaintiff's discovery is to be limited to those allegedly illegal telemarketing calls listed on the

spread-sheet provided by Mr. Caplan at Exhibit 2 to his Renewed Motion for Early Discovery.

SIGNED THIS_____DAY OF_____, 2021.


_____
United States District Court Judge