IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN,

    Plaintiff,

v.                                                                Civil Action: 1:21cv11555

UNKNOWN NUMBER OF JOHN DOE
TELEMARKETERS

    Defendants.

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMMENCE EARLY LIMITED DISCOVERY TO IDENTIFY DEFENDANTS AND PRESERVE CALL RECORD EVIDENCE**

This Court GRANTS the Plaintiff's motion and ORDERS the immediate commencement of limited discovery focusing solely as to the identification of the John Doe defendants and the preservation of evidence relating to the alleged illegal telemarketing at issue. The scope of plaintiff's discovery is to be limited to those allegedly illegal telemarketing calls listed on the spread-sheet provided by Mr. Caplan at <u>Exhibit 2</u> to his Renewed Motion for Early Discovery.

SIGNED THIS 12th DAY OF November, 2021.

_____
Page Kelley
Chief United States Magistrate Judge