IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, | : |
| Plaintiff, | : |
| v. | : Civil Action: 1:21cv1155 |
| UNKNOWN NUMBER OF JOHN DOE TELEMARKETERS | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record:

I am admitted to practice in this court, and I appear in the case as counsel for Plaintiff George Caplan.

        PLAINTIFF,
        By his attorney

        */s/ Edward A. Broderick*
        Edward A. Broderick, BBO # 566826
        BRODERICK LAW, P.C.
        176 Federal Street, Fifth Floor
        Boston, MA 02110
        Telephone: (617) 738-7080
        Fax:  617-830-0327
        ted@broderick-law.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that on February 2, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Edward A. Broderick*
Edward A. Broderick
