### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | : | |
| GEORGE CAPLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action: 1:21cv11555** |
| | : | |
| UNKNOWN NUMBER OF JOHN DOE | : | |
| TELEMARKETERS | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | / | |

### PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff George Caplan hereby stipulates to dismissal of this action without prejudice.

No defendant has served an answer or a motion for summary judgment.

PLAINTIFF,
By his attorney

*/s/ Edward A. Broderick*
Edward A. Broderick
ted@broderick-law.com
BRODERICK LAW,  P.C.
176 Federal St., 5th Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

### CERTIFICATE OF SERVICE

I, hereby certify that on July 22, 2022, I served the foregoing through the Court's

CM/ECF system, which sent notice to all counsel of record.

*/s/ Edward A. Broderick*
Edward A. Broderick